# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN WILSON,

           Petitioner

       v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

           Respondent

: No. 84 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of September, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.